B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of North Carolina

In re  Jeannette Helen Lavallee                    ,          Case No.  16-05570-5-JNC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of the Tiki Series IV Trust

MGTLQ Investors, L.P.

_____              _____
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee
should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:        9120

Court Claim # (if known): ____ 3-1 ____
Amount of Claim:        $42,343.53
Date Claim Filed:         11/04/2016

Phone: _____
Last Four Digits of Acct. #:        5286

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                      Date:  12/14/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.